IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1454-LPS |
| | ) | |
| DROPBOX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS FOR LACK OF STANDING

Defendant Dropbox, Inc. ("Dropbox") hereby respectfully moves, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the complaint for lack of standing.

The grounds for this motion have already been set forth in the opening brief in support of Amazon's motion to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case"). Since Clouding's complaint in the Amazon Case suffers from the same standing defect as Clouding's complaint against Dropbox in this case, Dropbox will not burden the Court with a duplicative brief, and instead relies upon and incorporates herein the arguments set forth in Amazon's opening brief (D.I. 113 in C.A. No. 12-641-LPS).

{00794446;v1 }

2

|  |  |
|---|---|
| *Of Counsel:*<br><br>Daniel T. Shvodian<br>James F. Valentine<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>(650) 838-4300<br><br>Matthew C. Bernstein<br>PERKINS COIE LLP<br>11988 Camino Real, Suite 200<br>San Diego, CA 92130<br><br>Dated: October 10, 2013 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant* |