IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>DROPBOX, INC.,<br><br>                Defendants. | C.A. No. 13-1454-LPS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CLOUDING IP, LLC'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF STANDING**

Defendant Dropbox, Inc. ("Dropbox") filed its motion to dismiss, solely in reliance on a separate motion filed by Defendants Amazon.com, Inc. and Amazon Web Services, LLC (collectively "Amazon") in Case No. 12-cv-0641. Dropbox did not submit any further briefing or argument in support of its motion. Notably, the Amazon motion relied upon discovery materials produced in the Amazon litigation, including materials subject to the Protective Order entered in that action. Dropbox has not yet participated in a Rule 26f conference, and discovery in this action has not yet commenced, though Dropbox has retained the same counsel that represents Amazon. Plaintiff Clouding IP, LLC opposes the motion filed by Dropbox for the reasons set forth in its opposition to the motion filed by Amazon, which is already available to the Court and counsel (in their capacity as Amazon's counsel) at D.I. 129 in C.A. No. 12-641.

| | |
|---|---|
| October 28, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922) |
| Marc A. Fenster<br>Brian D. Ledahl<br>Dorian S. Berger<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>bledahl@raklaw.com<br>dberger@raklaw.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@ bayardlaw.com |
| | *Attorneys for Plaintiff Clouding IP, LLC* |