IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-1454-LPS |
| ) | |
| DROPBOX, INC., ) | |
| ) | |
| Defendant. ) | |

**REPLY BRIEF IN SUPPORT OF**
**MOTION TO DISMISS FOR LACK OF STANDING**

Defendant Dropbox, Inc. ("Dropbox") previously incorporated Amazon's opening brief in support of its motion to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case"). (D.I. 9). In response to Dropbox's motion, Plaintiff Clouding IP, LLC incorporated its opposition to Amazon's motion to dismiss in the Amazon Case. (D.I. 13). In an effort to avoid burdening the Court with a duplicative reply brief in support of this motion, Dropbox hereby incorporates the Reply Brief filed in support of Amazon's motion to dismiss for lack of standing in the Amazon Case (D.I. 138).

{00800630;v1 }

*Of Counsel:*

Daniel T. Shvodian
James F. Valentine
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304
(650) 838-4300

Matthew C. Bernstein
PERKINS COIE LLP
11988 Camino Real, Suite 200
San Diego, CA  92130

Dated:  October 29, 2013

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*