IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC,                    )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        C.A. No. 13-1454-LPS
                                     )
DROPBOX, INC.,                       )
                                     )
                Defendant.           )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Matthew C. Bernstein, James F. Valentine, James C. Pistorino, Tawen Chang,

Eric W. Ow, and Di Zhang to represent the defendant in this matter.  Pursuant to this Court's

Standing Order effective July 23, 2009, the fees for the attorneys listed above were submitted to

the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant*

Dated:  December 11, 2013

{00813714;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC,                      )
                                       )
              Plaintiff,               )
                                       )
       v.                              )       C.A. No. 13-1454-LPS
                                       )
DROPBOX, INC.,                         )
                                       )
              Defendant.               )

## **ORDER**

This _____ day of _____, 2013, the Court having considered the motion for

the admission *pro hac vice* of Matthew C. Bernstein, James F. Valentine, James C. Pistorino,

Tawen Chang, Eric W. Ow, and Di Zhang to represent the defendant in the above action; now

therefore,

       IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice.*


                            _____
                            United States Disctrict Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

Matthew C. Bernstein
11988 El Camino Real, Suite 200
San Diego, CA  92130
(858) 720-5700

Dated:  December 11, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

James F. Valentine
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4413

Dated:  December 11, 2013

### <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

James C. Pistorino
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4413

Dated:   December 11, 2013

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Tawen Chang
11988 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-5700

Dated: December 11, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Eric W. Ow
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
(650) 838-4413

Dated:   December 11, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Di Zhang
11988 El Camino Real, Suite 200
San Diego, CA  92130
(858) 720-5700

Dated: December 11, 2013