IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1454-LPS |
| | ) | |
| DROPBOX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF DEFENDANT DROPBOX, INC. TO BIFURCATE DAMAGES FROM LIABILITY AND TO STAY DAMAGES-RELATED FACT AND EXPERT DISCOVERY**

Defendant Dropbox, Inc. hereby respectfully moves, pursuant to Federal Rule of Civil Procedure 42(b), to bifurcate damages from liability and to stay damages-related fact and expert discovery.  The defendants in the earlier-filed Clouding cases filed a motion to bifurcate damages from liability and to stay fact and expert discovery regarding damages and the grounds for this motion have already been set forth in those supporting briefs.  (*See e.g.*, *Clouding IP, LLC v. Google Inc.*, Case 1:12-00639-LPS, D.I. 113 (the motion), D.I. 114 (the opening supporting brief) and D.I. 130 (the reply brief).).  Dropbox will not burden the Court with duplicative briefing, and instead relies upon and incorporates herein the arguments set forth in the earlier-filed papers.

Because Clouding has asserted seven patents against Dropbox against an as yet unknown number of accused products, this case will be extremely complex.  Moreover, the complexity will be compounded based upon all of the related co-pending

{00816909;v1 }

*Clouding* cases.  Therefore, Dropbox respectfully joins the motion to bifurcate damages and stay damages discovery for the reasons set forth in the above-referenced papers.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Lauren E. Maguire* |
| *Of Counsel:* | Steven J. Balick (#2114) |
| | Lauren E. Maguire (#4261) |
| Daniel T. Shvodian | Andrew C. Mayo (#5207) |
| James C. Pistorino | 500 Delaware Avenue, 8th Floor |
| PERKINS COIE LLP | P.O. Box 1150 |
| 3150 Porter Drive | Wilmington, DE 19899 |
| Palo Alto, CA 94304 | (302) 654-1888 |
| (650) 838-4300 | sbalick@ashby-geddes.com |
| dshvodian@perkinscoie.com | lmaguire@ashby-geddes.com |
| jvalentine@perkinscoie.com | amayo@ashby-geddes.com |
| | |
| Matthew C. Bernstein | *Counsel for Defendant* |
| PERKINS COIE LLP | *Dropbox, Inc.* |
| 11988 El Camino Real, Suite 200 | |
| San Diego, CA 92130 | |
| (858) 720-5700 | |
| mbernstein@perkinscoie.com | |

Dated:  December 20, 2013

{00816909;v1 }

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that the subject of defendant's attached motion to bifurcate damages from liability and to stay damages-related fact and expert discovery has been raised with plaintiffs' counsel, and that no agreement could be reached regarding the requested relief.

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire

{00816909;v1 }