IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1454-LPS |
| | ) | |
| DROPBOX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DROPBOX, INC.'S JOINDER IN MOTION TO DISMISS

Defendant Dropbox, Inc. hereby joins in the Motion to Dismiss for Lack of Standing filed by Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk LLC (collectively, "Rackspace") in C.A. No. 12-675 (D.I. Nos. 166 and 167) and fully adopts and incorporates as if stated herein the arguments presented by Rackspace in support of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

| *Of Counsel:* | Steven J. Balick (#2114) |
| | Lauren E. Maguire (#4261) |
| Daniel T. Shvodian | Andrew C. Mayo (#5207) |
| James C. Pistorino | 500 Delaware Avenue, 8th Floor |
| PERKINS COIE LLP | P.O. Box 1150 |
| 3150 Porter Drive | Wilmington, DE 19899 |
| Palo Alto, CA 94304 | (302) 654-1888 |
| (650) 838-4300 | sbalick@ashby-geddes.com |
| dshvodian@perkinscoie.com | lmaguire@ashby-geddes.com |
| jvalentine@perkinscoie.com | amayo@ashby-geddes.com |
| | |
| Matthew C. Bernstein | *Counsel for Defendant* |
| PERKINS COIE LLP | *Dropbox, Inc.* |
| 11988 El Camino Real, Suite 200 | |
| San Diego, CA 92130 | |
| (858) 720-5700 | |
| mbernstein@perkinscoie.com | |

Dated: January 15, 2014

{00822619;v1 }