IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DROPBOX, INC., )<br>)<br>Defendant. ) | C.A. No. 13-1454-LPS |

## DROPBOX'S JOINDER IN MOTION TO DISMISS

Defendant Dropbox, Inc. hereby joins in the Motion to Dismiss for Lack of Standing filed by Defendants EMC Corp., EMC International U.S. Holdings, Inc. and VMware, Inc. (collectively, "EMC") in C.A. No. 13-1455 (D.I. Nos. 32 and 33) and fully adopts and incorporates as if stated herein the arguments presented by EMC in support of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

---

*Of Counsel:*

Daniel T. Shvodian
James C. Pistorino
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
dshvodian@perkinscoie.com
jvalentine@perkinscoie.com

Matthew C. Bernstein
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-5700
mbernstein@perkinscoie.com

Dated: January 15, 2014

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Counsel for Defendant*
*Dropbox, Inc.*

{00822618;v1 }